UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 17-217 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| APRIL C. MILLER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:     Failure to Appear for Sentencing (District of South Carolina)

<u>Date of Detention Hearing</u>:    June 2, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant appears before this Court pursuant to an Arrest Warrant issued by the District of South Carolina, Cast No. CR12-0030, alleging that defendant failed to appear for

DETENTION ORDER
PAGE -1

sentencing on September 17, 2013, forfeited a $35,000 surety bond, and has been in abscond status since that date.

2. Defendant was not interviewed by Pretrial Services, so much of her background information is unknown or unverified. No information was presented that would indicate defendant made an attempt to contact the charging district following her failure to appear.

3. Defendant poses a risk of nonappearance due to lack of verified information and a warrant of longstanding duration. Defendant poses a risk of financial danger due to the nature of the underlying offense.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community. Defendant has waived an identity hearing, and an Order of Transfer has been signed.

It is therefore ORDERED:

1. Defendant shall be detained pending sentencing, transferred to the charging district, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 2nd day of June, 2017.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3